**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GULAM MOSTOFA,<br><br>                Petitioner,<br><br>     v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>                Respondent. | No. 09-72047<br><br>Agency No. A070-187-723<br><br>MEMORANDUM<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011<sup>**</sup>

Before:     FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Gulam Mostofa, a native and citizen of Bangladesh, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

        *       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the BIA's denial of a motion to reopen.  *He v. Gonzales*, 501

F.3d 1128, 1130-31 (9th Cir. 2007).  We deny the petition for review.

The BIA did not abuse its discretion by denying Mostofa's motion to reopen

as untimely where the motion was filed over six years after the BIA's final

administrative order, *see* 8 C.F.R. § 1003.2(c)(2), and Mostofa failed to establish

changed circumstances in Bangladesh to qualify for the regulatory exception to the

time limitation for filing motions to reopen.  *See* 8 C.F.R. § 1003.2(c)(3)(ii); *see*

*also Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is

. . . whether circumstances have changed sufficiently that a petitioner who

previously did not have a legitimate claim for asylum now has a well-founded fear

of future persecution.").

**PETITION FOR REVIEW DENIED.**